UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HEZEKIAH ESAU BAKER,

               Plaintiff,

vs.

PENNEY OPCO LLC, *et al.*,

               Defendants.

Case No.: 2:24-cv-02084

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

       Pending before the Court are two Report and Recommendations ("R&R"), (ECF No. 15, 17), from United States Magistrate Judge Elayna J. Youchah.  The first R&R recommends that Plaintiff Hezekiah Baker's claims for fraud and "malice" be dismissed with prejudice (*See generally* First R&R, ECF No. 15).  The second R&R recommends that Plaintiff's claims stating a failure to respond to a consumer complaint, negligent infliction of emotional distress, and fraudulent concealment claims be dismissed with prejudice. (*See generally* Second R&R, ECF No. 17).

       A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a

district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

No objections to the R&Rs were filed, and the deadlines to do so have passed. (*See generally* First R&R) (setting a June 3, 2025, deadline for objections); (*See generally* Second R&R) (setting a July 2, 2025, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the first Report and Recommendation, (ECF No. 15), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the second Report and Recommendation, (ECF No. 17), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's claims for fraud and "malice" are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's claims stating a failure to respond to a consumer complaint, negligent infliction of emotional distress, and fraudulent concealment claims are **DISMISSED** with prejudice.

Dated this __8__ day of July, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court