UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HEZEKIAH ESAU BAKER,

Plaintiff,

v.

OPCO LLC, d/b/a JC PENNY; JC PENNY
ASSOCIATE #0251; ALAN CARR;
STEVEN PANAGAS; MARC ROSEN;
STEPHANIE PLAINES; JCP STORE
MANAGER NO. 1794,

Defendants.

Case No. 2:24-cv-02084-GMN-EJY

**ORDER**

Pending before the Court is Plaintiff's Motion seeking relief under Federal Rule of Civil Procedure 12(c). ECF No. 39. Through his Motion Plaintiff contends Defendant failed to respond to his Third Amended Complaint (the "TAC") and he is entitled to the relief sought when first bringing his claim. *Id*. at 2.

Plaintiff filed his TAC on June 4, 2025. ECF No. 16. The Court screened the TAC and allowed Plaintiff's claim of negligence to proceed. ECF No. 17 at 4. Thereafter, Plaintiff served Defendant with the TAC (ECF No. 20) and Defendant filed a Motion to Dismiss Plaintiff's punitive damages claim. ECF No. 21. On November 7, 2025, the Court entered a Report and Recommendation recommending Defendant's Motion to Dismiss be granted. ECF No. 35 at 2. The Court adopted the recommendation in full on December 3, 2025. ECF No. 38. Defendant did not file an answer to Plaintiff's remaining claim in the TAC and instead contends Plaintiff was required to file a fourth amended complaint. ECF No. 40 at 1.

Plaintiff's Motion under Rule 12(c) is misplaced. This Rule does not provide the Court with the authority to grant Plaintiff the relief he originally sought based solely on Defendant's failure to timely file a responsive document after prevailing on a motion to dismiss. In order to obtain relief under Rule 12(c), Plaintiff must establish an entitlement to judgment on the pleadings—that is, demonstrate there are no material issue of fact that remains to be resolved by the Court and Plaintiff

1

is entitled to judgment as a matter of law. *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1550 (9th Cir. 1989) (a motion for judgment on the pleadings should only be granted if "the moving party clearly establishes on the face of the pleadings that no material issue of fact remains to be resolved and that it is entitled to judgment as a matter of law"); *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1988) (judgment on the pleadings is proper when there is either a "lack of cognizable legal theory" or the "absence of sufficient facts alleged under a cognizable legal theory"). Plaintiff does not meet this standard in his two page Motion. ECF No. 39. In fact, Plaintiff does not address this standard in either his Motion or Reply. *Id*; *see also* ECF No. 43. In the absence of Plaintiff carrying his burden, the relief he seeks is not properly granted.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion under Federal Rule of Civil Procedure 12(c) (ECF no. [39]) is DENIED.

IT IS FURTHER ORDERED that Defendant must file an answer to Plaintiff's Third Amended Complaint no later than **March 10, 2026**.

Dated this 24th day of February, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE