**RESNICK & LOUIS, P.C.**
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone: (702) 997-3794
Facsimile: (702) 702-9590
mbeckstead@rlattorneys.com
Attorney for Defendant,
PENNEY OPCO, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEZEKIAH ESAU BAKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PENNY OPCO, LLC,<br><br>Defendant. | CASE NO.: 2:24-CV-02084-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendant, PENNEY OPCO, LLC (hereinafter "Defendant"), by and through its attorney of record, MATTHEW B. BECKSTEAD, of the law firm of RESNICK & LOUIS, P.C., and Plaintiff, HEZEKIAH ESAU BAKER (hereinafter "Plaintiff"), Plaintiff Pro Se, that all of Plaintiff's claims arising out of the subject incident which occurred on or about October 25, 2024, complained of in Plaintiff HEZEKIAH ESAU BAKER's operative pleading in this action be DISMISSED WITH PREJUDICE.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that Plaintiff

/ / /

and Defendant shall each bear their own respective attorney fees and costs incurred in this action.

DATED this 22nd day of ~~September~~ October, 2026.

**RESNICK & LOUIS, P.C.**

/s/ *Matthew B. Beckstead*
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Attorney for Defendant,
PENNEY OPCO, LLC

DATED this 6th day of ~~September~~ October, 2026.

/s/ Hezekiah Esau Baker
HEZEKIAH ESAU BAKER
P.O. Box 270392
Las Vegas, Nevada 89106
Plaintiff Pro Se

Respectfully submitted by:
**RESNICK & LOUIS, P.C.**

/s/ *Matthew B. Beckstead*
MATTHEW B. BECKSTEAD
Nevada Bar No. 14168
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Attorney for Defendant,
PENNEY OPCO, LLC

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 23 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT